UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KARIN CUMMING,<br><br>    Plaintiff,<br><br>    v.<br><br>HARSHAD CHERUVATHUR MOHAMED, et al.,<br><br>    Defendants. | Case No. 14-cv-03455-BLF<br><br>**ORDER STRIKING PLAINTIFF'S FILING**<br><br>[Re: ECF 21] |

On September 12, 2014, Plaintiff filed a document titled "Supplemental Declaration and Argument of Hugo N. Gerstl in Support of Motion to Remand Case to State Court." ECF 21. Although it was electronically filed as a noticed motion with attendant hearing and response/reply dates, it appears that this document may actually be Plaintiff's reply brief in support of her August 22, 2014 Motion to Remand. ECF 18. Accordingly, Plaintiff's filing at ECF 21 is STRICKEN for having been erroneously filed as a noticed motion. All dates associated with Plaintiff's filing at ECF 21 are VACATED. Plaintiff shall re-file her submission as a reply brief by no later than **5:00 pm** on **September 17, 2014**.

**IT IS SO ORDERED.**

Dated: September 15, 2014

BETH LABSON FREEMAN
United States District Judge