JEFF B. ATTERBURY, ESQ. – State Bar No. 229462
**PEDERSEN - LAUDERDALE**
Mailing Address
P.O. Box 258829
Oklahoma City, OK 73125-8829
Physical Address
1 Almaden Boulevard, Suite 400
San Jose, CA 95113
Phone: (408) 271-5300
Fax: (408) 271-5301

Attorney for Defendant,
HERTZ AND HARSHAD CHERUVATHUR MOHAMED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIN CUMMING,<br><br>          Plaintiffs,<br><br>     vs.<br><br>HARSHAD MOHAMED et al,<br><br>          Defendants. | Case No.: C-14-03455 BLF<br><br>ASSIGNED TO FOR ALL PURPOSES:<br>DEPT:<br><br>**STIPULATION TO STRIKE PUNITIVE DAMAGES** |

     IT IS HEREBY STIPULATED by and between the parties hereto, by their respective attorneys of record, that all prayers for exemplary or punitive damages in Plaintiff's First Amended Complaint, contained on page 11 of Plaintiff's First Amended Complaint, be stricken.

Dated: December 12, 2014          GERSTL & HUDSON

                                  BY: _____

                                  Attorney for,
                                  KARIN CUMMING


Dated: December 12, 2014          PEDERSEN - LAUDERDALE

                                  BY: _____
                                  JEFF B. ATTERBURY
                                  Attorney for Defendant,
                                  HERTZ AND HARSHAD CHERUVATHUR
                                  MOHAMED


## ORDER

Based upon the foregoing Stipulation of the parties,

IT IS HEREBY ORDERED that all prayers for punitive damages, and exemplary Damages contained on page 11 of Plaintiff's First Amended Complaint, are hereby stricken from Plaintiff's Complaint on file herein.

DATED: _____, 2014       _____
                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION TO STRIKE PUNITIVE DAMAGES - 2