UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KARIN CUMMING,

    Plaintiff,

  v.

HARSHAD CHERUVATHUR MOHAMED, et al.,

    Defendants.

Case No. 14-cv-03455-BLF

**REQUEST FOR CASE MANAGEMENT STATEMENT**

In advance of the Initial Case Management Conference presently scheduled for January 8, 2015 at 1:30 p.m., the parties are HEREBY ORDERED to file a Joint Case Management Statement by **no later than noon on January 7, 2015.** *See* Fed. R. Civ. P. 26(f); Civ. L.R. 16-9, 16-10.

**IT IS SO ORDERED.**

Dated: January 6, 2015

_____
BETH LABSON FREEMAN
United States District Judge