UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KARIN CUMMING,

    Plaintiff,

v.

HARSHAD CHERUVATHUR MOHAMED, et al.,

    Defendants.

Case No. 14-cv-03455-BLF

**CASE MANAGEMENT ORDER**

On January 8, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | N/A |
| Disclosure of Expert Reports | 10/15/2015 |
| Disclosure of Rebuttal Reports | 11/16/2015 |
| Fact Discovery Cut-Off | 10/15/2015 |
| Expert Discovery Cut-Off | 01/15/2016 |
| Last Day to Hear Dispositive Motions | 01/21/2016 at 9:00 am |
| Final Pretrial Conference | 03/31/2016 at 2:30 pm |
| Trial | 04/18/2016 at 9:00 am. |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

Dated:  January 08, 2015

_____
BETH LABSON FREEMAN
United States District Judge