Hugo N. Gerstl, CSB #037927
GERSTL & HUDSON
2460 Garden Road, Suite C
Monterey, CA 93940
Telephone: (831) 649-0669
Facsimile: (831) 649-8007
Attorney for: Plaintiffs

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIN CUMMING,     Plaintiff, <br><br> Vs. <br><br> HARSHAD CHERUVATHUR MOHAMED, et al, <br> Defendants | CASE NO. C-14-03455 BLF <br> **STIPULATION FOR REMAND TO STATE COURT** |

IT IS HEREBY STIPULATED AND AGREED TO by and between the parties, through their respective counsel: On December 23, 2013, Plaintiff filed her First Amended Complaint in the Superior Court of California for the County of Monterey, Case No. M123929. The First Amended Complaint named INFOSYS, LIMITED, an Indian corporation, as an additional defendant. The individual defendants named in the complaint were personally served, sub-served, or served by publication of Summons. Defendants MOHAMED, HERTZ, and NAMBOODIRI answered the First Amended Complaint in the State Court. Defendant INFOSYS filed its answer and then removed the State Court action to this Court. After the first round of discovery, INFOSYS was dismissed as a Defendant in February 2015. This meant that diversity jurisdiction no longer existed. After discussion among counsel it was agreed that the best interests of justice would be served by remanding this case to the Superior Court of California for the County of Monterey, where it was originally filed, and restored to Case Number M123929 in that Court.

Gerstl & Hudson
Attorneys at law      1
2460 Garden Road, Suite C
Monterey, CA 93940
Telephone: 831-649-06669
Facsimile: 831-649-8007
E-mail: Hugo@gerstlandhudson.com

NOW, THEN, GOOD CAUSE APPEARING THEREFOR, the remaining served parties who have not defaulted hereby STIPULATE that this case shall be REMANDED to the Superior Court of California for the County of Monterey.

Dated: March 16, 2015

HUGO N. GERSTL, Attorney for Plaintiff

PEDERSEN-LAUDERDALE

by: JEFF B. ATTERBURY
Attorney for Defendants HERTZ, MOHAMED, and NAMBOODIRI

Gerstl & Hudson
Attorneys at law
2460 Garden Road, Suite C
Monterey, CA 93940
Telephone: 831-649-06669
Facsimile: 831-649-8007
E-mail: Hugo@gerstlandhudson.com

2

Hugo N. Gerstl, CSB #037927
GERSTL & HUDSON
2460 Garden Road, Suite C
Monterey, CA 93940
Telephone: (831) 649-0669
Facsimile: (831) 649-8007
Attorney for: Plaintiffs

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KARIN CUMMING, | Plaintiff, | CASE NO. C-14-03455 BLF |
| Vs. | | **ORDER REMANDING CASE TO STATE COURT** |
| HARSHAD CHERUVATHUR MOHAMED, et al, | Defendants | |

The parties having stipulated thereto, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that this case is remanded to the Superior Court of California for the County of Monterey, where it was originally filed~~, and restored to Case Number M123929 in that Court~~.

Dated: March  18  , 2015

_____
THE HONORABLE BETH LABSON FREEMAN
United States District Judge

**Gerstl & Hudson
Attorneys at law**                                                     1
**2460 Garden Road, Suite C
Monterey, CA 93940
Telephone: 831-649-06669
Facsimile: 831-649-8007
E-mail: Hugo@gerstlandhudson.com**